```
            DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
```

BANCO POPULAR DE PUERTO RICO,    )
                                 )
            Plaintiff,            )
                                 )
        v.                        )
                                 )
ELROY TURNBULL, AGATHA TURNBULL, )   Civil No. 2014-48
ECONOMIC DEVELOPMENT             )
AUTHORITY,MICAUD CONNOR, GREEN   )
CAY PROPERTY OWNERS              )
ASSOCIATION,UNITED STATES OF     )
AMERICA (INTERNAL REVENUE        )
SERVICE)                         )
                                 )
            Defendants.           )

**APPEARANCES:**

**Stefan B. Herpel**
Dudley Topper & Feuerzeig
St. Thomas, U.S.V.I.
  *For Banco Popular de Puerto Rico,*

**Elroy Turnbull**
  *Pro Se,*

**Agatha Turnbull**
  *Pro Se,*

**Micaud Connor**
  *Pro Se,*

**Vonetta Christine Norman**
Smock Law Offices
St. Thomas, U.S.V.I.
  *For Economic Development Authority,*

**Christopher Allen Kroblin**
**Shari N D'Andrade**
**Marjorie B. Whalen**
Kellerhals Ferguson Fletcher Kroblin LLP
  *For Green Cay Property Owners Association*

*Banco Popular de Puerto Rico v. Turnbull*
Civil No. 2014-48
Benchmemo
Page 2

**Jason T. Cohen, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For United States of America (Internal Revenue Service)*

## JUDGMENT

**GÓMEZ, J.**

On July 1, 2016, Banco Popular de Puerto Rico informed the Court that the parties had settled all claims in this matter except for those brought by the Green Cay Property Owners Association ("GCP") against Elroy and Agatha Turnbull (the "Turnbulls"). On July 7, 2016, the GCP informed the Court that the remaining claims between the GCP and the Turnbulls had been settled. The Court approved the settlement on September 16, 2016.

The premises considered, it is hereby

**ORDERED** that all pending motions in this case are **MOOT**; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

                                      S\_____
                                       **Curtis V. Gómez**
                                       **District Judge**